**Mollie FREEBAIRN, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 78951**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 26, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
August 30, 2016

Mollie Freebairn, Jefferson City, MO, Appellant, pro se.

Larry R. Ruhmann, Jefferson City, MO, Attorney for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, Presiding, and James Edward Welsh and Cynthia L. Martin, Judges

## Order

Per Curiam:

Ms. Mollie Freebairn appeals the decision of the Labor and Industrial Relations Commission denying her unemployment benefits based on a finding that she was terminated for misconduct connected with her work. Because a published opinion would have no precedential value, we have instead provided a memorandum of law explaining our ruling to the parties. We affirm. Rule 84.16(b).